| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sevan Gorginian, Esq. (SBN 298986)<br>Law Office of Sevan Gorginian<br>450 N. Brand Blvd. Suite 600<br>Glendale, CA 91203<br>T: 818-928-4445 I F: 818-928-4450<br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>MARY E. GLYNN<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-12965-SK<br>CHAPTER:13 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)** |
| | DATE: 4/8/2020<br>TIME: 10:00 a.m.<br>COURTROOM: 1575 |

**Movant:** <u>DEBTOR MARY E. GLYNN</u>

1.  NOTICE IS HEREBY GIVEN to <u>ALL CREDITORS including secured creditors:  Freedom Mortgage Corporation, Keswich Financial Group and First Entertainment Credit Union.</u>
    (Secured Creditor/Lessor),trustee (if  any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2.  **Hearing Location**:

    ☒ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

3.  ☒  a.  This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1.  If you wish to oppose this
            motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        **F 4001-1.IMPOSE.STAY.MOTION**

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☐ b.    This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least _____ days before the hearing.

(1) ☐    An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐    An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

(3) ☐    An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.    You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.    If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.


Date: 03/17/2020


Law Office of Sevan Gorginian
Printed name of law firm (if applicable)

Sevan Gorginian, Esq.
Printed name of individual Movant or attorney for Movant


/s/ Sevan Gorginian
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY
## AS THE COURT DEEMS APPROPRIATE

**Movant:** Debtor Mary E. Glynn

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☒ Vehicle (*describe year, manufacturer, type, and model*): '08 BMW 750 & '04 Ford Explorer
      Vehicle Identification Number:
      Location of vehicle (*if known*): Debtor's residence.

      ☐ Equipment (*describe manufacturer, type, and characteristics*):
      Serial number(s):

      Location (*if known*):

      ☒ Other Personal Property (*describe type, identifying information, and location*):
       Wages, bank accounts, vehicles (2008 BMW 750 and 2004 Ford Explorer (both paid off)).
      ☒ Real Property
      Street Address: 5413 Homeside Avenue
      Apt./Suite No.:
      City, State, Zip Code: Los Angeles, CA 90016
      Legal description or document recording number (include county of recording):
      APN 504-302-0025  (Lot 439 of Du Ray Place, City of Los angeles, MAP Book 21 Pages 50 and 51)
      ☐ See attached continuation page

      The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of
      creditor) *First Entertainment Credit Union (6735 Forest Lawn Dr. Hollywood, CA 90068; Freedom Mortgage Corp. (10500 Kincaid Dr. Fishers, IN 46037)*
      *Keswick Financial Group (1800 Studebaker Rd. Cerritos, CA)*
      to secure the sum of approximately $  **Estimated 656,354.00** _____ now owed. (Secured Creditor/Lessor).
      Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are
      described on the continuation sheets attached.   (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the
      estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion;
      and/or

   c. ☐ Movant moves for an order **imposing a stay** <u>as to all creditors</u>.

   d. ☑ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the
      Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>; and/or

   e. ☒ Movant moves for an order continuing the **automatic stay** <u>as to all creditors</u>.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7 ☐ 11 ☐ 12 ☒ 13
      was filed concerning the present case on (*specify date*): 03/16/2020

   b. ☐ An Order of Conversion to chapter  ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c. ☐ Plan was confirmed on (*specify date*):

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                        **F 4001-1.IMPOSE.STAY.MOTION**

d.  Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case.  These cases and the reasons for dismissal are:

1.  Case name: In re Mary E. Glynn
    Case number: 2:19-bk-20403-SK          Chapter: 13
    Date filed: 09/02/2019                 Date dismissed: 2/26/2020
    Relief from stay re this Property       ☒ was    ☐ was not granted   *[APO was granted]*
    Reason for dismissal: Debtor fell behind with plan payments to the Chapter 13 Trustee because

    the event planning job she was to start in January did not begin.  Trustee dismissed the case.

    Debtor is now slated to begin new employment and propose a confirmable plan.   *[Please see declaration for more]*

2.  Case name:
    Case number:                           Chapter:
    Date filed:                            Date dismissed:
    Relief from stay re this Property       ☐ was    ☐ was not granted
    Reason for dismissal:

    ☐ See attached continuation page

e.  ☒  As of the date of this motion the Debtor ☐ has  ☒ has not   filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2).  If a statement of intentions has been filed, Debtor ☐ has ☐ has not   performed as promised therein.

f.  ☒  The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was  4/24/2020    and the court ☐ has ☒ has not  fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2).  The extended date (*if applicable*) is _____.

g.  ☒  In a previous case(s), as of the date of dismissal there was:
    ☐  an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
    ☒  such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.  The equity in the property is calculated as follows:

a)  1.  Property description/value:  5413 Homeside Ave. Los Angeles 90016    $ 550,000.00
    2.  Creditor/Lien amount: Freedom Mortgage Corporation (2012)        $ 148,398.00
    3.  Creditor/Lien amount: First Entertainment (2013)                 $ 34,314.00
    4.  Creditor/Lien amount: First Entertainment (2014)                 $ 313,642.00
    5.  Creditor/Lien amount: Kewick Financial Group (2018)              $ 160,000.00
    6.  Total Liens                                                      $ 656,354.00
    7.  Debtor's Homestead Exemption                                     $ 75,000.00
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ 0.00

b)  1.  Property description/value: _____     $ _____
    2.  Creditor/Lien amount: _____           $ _____
    3.  Creditor/Lien amount: _____           $ _____
    4.  Creditor/Lien amount: _____           $ _____
    5.  Creditor/Lien amount: _____           $ _____
    6.  Total Liens                                                   $ _____
    7.  Debtor's Homestead Exemption                                  $ _____
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ _____

    ☐  See attached continuation page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 4                          F 4001-1.IMPOSE.STAY.MOTION

4. **Grounds for Continuing The Stay:**

a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

   A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);
   B. ☒ Good faith is shown because

   **Debtor has procured a new job which starts in April (see declaration).  She will remain current with her plan payments and regular payments to secured creditors.  Her prior case was dismissed because her job did not start in time and was delayed which caused issues with income and plan payments.**

   ☐ See attached continuation page

2. ☒ The Property is of consequential value or benefit to the estate because:

   A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

   B. ☒ The Property is necessary to a reorganization for the following reasons:
   Debtor has a 7 year old son and she needs to keep the Property.  The property is necessary because without it the debtor would be homeless and not able to concentrate on reorganization. Also, this is debtor's residence and she receives rental income too from occupying tenants.  See declaration.

   ☐ See attached continuation page

   C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):
   Secured creditors are adequately protected because they have liens against the property which secures their claim. Also, secured creditors will be receiving regular monthly payments (once debtor starts working soon at her new job). Lastly, any amount in arrears owed from the prior case will be paid in the debtor's chapter 13 plan.

   ☑ See attached continuation page

3. ☒ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

   A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
   B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
   C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

   _____
   _____
   _____

   ☒ See attached continuation page

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 5                        **F 4001-1.IMPOSE.STAY.MOTION**

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

Debtor is starting her new job soon in April which will allow her to have sufficient income (plus her rental income) to make the plan payments and regular monthly obligation payments to creditors as well.

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☑ See attached continuation page

G. ☒ For the following additional reasons:

Debtor is a hardworking mother of a 7 year old. Allowing her to remain in her property, propose a Chapter 13 plan is not only equitable but it would be in the best interest of all creditors. There exists no prejudice to any creditors.

☐ See attached continuation page

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) is overcome in this case because
Debtor was making plan payments and regular monthly payments to her secured creditors. She has procured a new job that will start soon and she will remain current on her obligations in this case. There has been no evidence of bad faith and she will fully comply with the Trustee and confirm her plan.

☑ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
   1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 6                    F 4001-1.IMPOSE.STAY.MOTION

2.  ☐  The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

_____
_____
_____

☐ See attached continuation page

3.  ☐  The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

_____
_____
_____

☐ See attached continuation page

b.  ☐  The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1.  ☐  The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2.  ☐  Good faith is shown because:

_____
_____
_____

☐ See attached continuation page

c.  ☐  The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1.  ☐  Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

_____
_____
_____

☐ See attached continuation page

2.  ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal  was as the result of the negligence of Debtor's attorney;

3.  ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 7                    F 4001-1.IMPOSE.STAY.MOTION

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____

(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons:

_____
_____
_____
_____
_____

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page(s)

6. **Evidence in Support of Motion: (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)**

a. ☒ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
b. ☒ Other Declaration(s) are also attached in support of this Motion.
c. ☒ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit  A
d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 8                          **F 4001-1.IMPOSE.STAY.MOTION**

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed  as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (*specify proposed adequate protection*)

8. ☐ For other relief requested, see attached continuation page.

Date: 3/17/2020

Respectfully submitted,

Debtor Mary Glynn
Movant name

Law Office of Sevan Gorginian
Firm name of attorney for Movant (if applicable)

/s/ Sevan Gorginian
Signature

Sevan Gorginian, Esq. (SBN 298986)
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, Mary E. Glynn _____, am the debtor _____
of Movant.  I have read the foregoing motion consisting of ___24___ pages, and the attached materials incorporated therein by reference.  If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded.  I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

3/17/2020 ___ Mary Glynn
Date            Printed name of declarant            Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Sevan Gorginian, Esq. (State Bar. No. 298986)
**Law Office Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
Tel: 818.928.4445 I Fax: 818.928.4450
Email: sevan@gorginianlaw.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARY E. GLYNN<br><br>          Debtor. | Case No.  2:20-bk-12965-SK<br><br>Chapter 13<br><br>DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO CONTINUE THE STAY |

## DECLARATION OF MARY GLYNN

I, Mary Glynn, declare as follows:

1.      I the debtor in this bankruptcy case.  I am over the age of 18 and have personal knowledge of the facts set above. My address is 5413 Homeside Avenue, Los Angeles, CA 90016 ("Property"). If called as a witness, I could and would competently testify thereto.

2.      I filed this instant case in good faith to protect the Property from a scheduled foreclosure.

3.      I have a 7-year-old son and am trying to survive in these tumultuous times.

4.      In the last 1 year, I had one pending Chapter 13 case (2:19-bk-20403-SK) which was filed on September 2, 2019 and dismissed on February 26, 2020.  This case was dismissed right after the meeting of creditors due to feasibility and plan payments.  The reason is because I did not start my new job in time as originally believed when I filed the prior case.

5.      Now, I am ready to try again in this instant case and respectfully request the Court to continue the automatic stay in order to protect my Property and stop collection against me so that I can formulate a confirmable Chapter 13 plan and reorganize.

6.      In my prior case, I made a plan payment to the best of my ability from the funds I had saved but I was not employed.

7.      There were two motions for relief from the automatic stay – one by secured creditor Freedom Mortgage Corporation (Dkt. No. 25) and the other by secured creditor Keswick Financial Group (Dkt. No. 35).  Freedom Mortgage Corporation and I entered into an adequate protection agreement, approved by the Court (Dkt. No. 32), whereby the post-petition arrears would be paid through my then-Chapter 13 plan.  This will now be paid through my new plan, to be filed soon, and therefore Freedom Mortgage Corporation will not be prejudiced in this case.

8.      Because the case was dismissed by the Court, secured creditor Keswick Financial Group's motion for relief was taken off calendar.

9.      I start my new job on April 15, 2020 at Cordially Invited.  I estimate to make $1,700 per week.  I have been collecting unemployed too.  With this new income, plus other income in my household as shown on Schedule I, there will be enough regular income to support my reorganization efforts.

10.      I need the Property and benefits the estate because it will allow me to propose a new Chapter 13 plan which will allow me to cure the arrears to the secured creditors and propose a largest percentage distribution to the unsecured class (as much as I can afford).  In my prior case, I had proposed an **83%** repayment to the general unsecured creditors.  That is also indicia that I am here in good faith and I will try to do the same herein.  Plus this Property is my home and I have two tenants who reside there with me where I earn rental income from. This income will be used towards my plan payments.  The Property therefore is necessary for my reorganization efforts because without the Property (a) my son and I will not have a place to live and (b) the tenants who occupy the Property will be evicted which will cause a loss of rental income as well (income necessary for the reorganization process).

11.      The presumption of a bad faith filing, per question 4(a)(3) in the Motion on page 5, is overcome because I tried to make my prior case work but due to income loss and fluctuations, I fell behind unfortunately in my Chapter 13 plan payments.  I have not engaged in any misconduct or gamesmanship in this case.  I did not file this case in "bad faith" but instead I

1   did it in good faith to keep my property, start my new job, stay current with my payments to the

2   secured creditors and try my best to propose a new plan that would be in the creditors' best

3   interest.

4        12.    I am working with my counsel to prepare and file the rest of my bankruptcy

5   schedules.   Attached as **Exhibit A** is a true and correct copy of Schedule D showing the

6   secured creditors. Attached also to Exhibit A is a draft of my soon-to-be filed Schedules A/B

7   the Property, its value and Schedule C for my homestead exemption.  I will be filing the full

8   and complete set of Schedules soon.  Due to the 30 day time frame to file this Motion, I have

9   only included a draft of my Schedule for now.

10

11   I declare under penalty of perjury of the laws of California and the United States that the
      above statements are true and correct.  This is signed on March 17, 2020 in Los Angeles.

12

13                                              MARY E. GLYNN, Declarant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A
DRAFT SCHEDULES TO BE FINALIZED AND FILED SOON
Due to time constraint in filing this Motion and have it be heard in 30 days,
debtor is attaching a draft of schedules below.

**Fill in this information to identify your case and this filing:**

Debtor 1 ____Mary E. Glynn_____
         First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name     Middle Name        Last Name

United States Bankruptcy Court for the: Central District of California

Case number _____

**DRAFT - To be completed within 14-day deadline**

☐ Check if this is an
   amended filing

Official Form 106A/B

# Schedule A/B: Property                                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.  5413 Homeside Avenue
      _____
      Street address, if available, or other description

      _____

      Los Angeles        CA    90016
      _____
      City              State   ZIP Code

      Los Angeles County
      _____
      County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Debtor to procure appraisal but bases her opinion on value on market condition / her own opinion of property condition.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** / **Current value of the portion you own?**
$ 575,000.00     $ 575,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ Check if this is community property

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____
     City              State   ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** / **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
  (see instructions)

**Fill in this information to identify your case:**

Debtor 1 ___Mary E. Glynn_____
          First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number _____
 (If known)

DRAFT - To be completed within 14-day deadline

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 5413 Homeside Avenue<br><br>Line from *Schedule A/B:* 1.1 | $ 575,000.00 | ☑ $ 75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.730, 704.950 |
| Brief description:<br><br>Line from *Schedule A/B:* | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B:* | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No
        ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Mary E. Glynn |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | |

DRAFT - To be completed within 14-day deadline

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** First Entertainment Credit Union

Creditor's Name
Attn: Mercy Andrade or Agent of Service

Number        Street

Los Angeles        CA    90068
City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred   11/1/2013

**Describe the property that secures the claim:**   $ 148,709.00    $ 575,000.00    $ 0.00

5413 Homeside Avenue, Los Angeles, CA 90016 - $575,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number   0560

**2.2** First Entertainment Credit Union

Creditor's Name
Attn : Mercy Andrade or Agent of Service

Number        Street

6735 Forest Lawn Drive

Los Angeles        CA    90068
City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred   01/2014

**Describe the property that secures the claim:**   $ 43,537.00    $ 575,000.00    $ 43,537.00

5413 Homeside Avenue, Los Angeles, CA 90016 - $575,000.00
Judgement lien; likely avoidable per Section 522(f).

of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number   0601

| Add the dollar value of your entries in Column A  on this page. Write that number here: | $ 192,246.00 |
|---|---|

Debtor 1 _____Mary E. Glynn_____    Case number *(if known)*_____
        First Name      Middle Name      Last Name

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.3** Freedom Mortgage Corporation

Describe the property that secures the claim: $ 318,660.00 | $ 575,000.00 | $ 52,369.00

Creditor's Name
10500 Kincaid Drive

5413 Homeside Avenue, Los Angeles, CA 90016 - $575,000.00

Number    Street

_____ 46037
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred  09/01/2012    Last 4 digits of account number  3180

---

**2.4** Keswick Financial Group

Describe the property that secures the claim: $ 160,000.00 | $ 575,000.00 | $ 0.00

Creditor's Name
1800 Studebaker Road Suite 600

5413 Homeside Avenue, Los Angeles, CA 90016 - $575,000.00
TS Sale Number 2019-04371
Loan # 5413 glynn

Number    Street

Cerritos          CA    90703
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred  4/16/2018    Last 4 digits of account number  9801

---

Describe the property that secures the claim: $_____ | $_____ | $_____

Creditor's Name

Number    Street

_____
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred  _____    Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 478,660.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $ 670,906.00

Debtor 1   Mary E. Glynn _____   Case number (if known) _____
First Name   Middle Name   Last Name

---

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ First Entertainment Credit Union
Name
PO Box 100
Street

Los Angeles     CA     90078
City       State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number   0560

☐ Freedom Mortgage Corporation
Name
Attn: Bankruptcy or Legal Dept.
Street
907 Pleasant Valley Avenue Suite 3
Mount Laurel     NJ     08054
City       State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number   3180

☐ Integrated Lender Services
Name
Attn: Legal Department
Street
2461 W. La Palma Avenue Suite 120
Alhambra     CA     91801
City       State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number   4371

☐ Integrated Lender Services
Name
PO Box 23159
Street

San Diego     CA     92193
City       State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number   4371

☐ Jennifer E. Smith
Name
Buchalter Nemer
Street
1000 Wilshire Blvd. Suite 1500
Los Angeles     CA     90017
City       State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number   2928

☐ 
Name

Street

City       State    ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

450 N. Brand Blvd. Suite 600 Glendale, CA 91203

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _3/18/2020_  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> Nancy K Curry (TR)TrusteeECFMail@gmail.com
> Kathy A Dockery (TR)EFiling@LATrustee.com
> Sevan Gorginian on behalf of Debtor Mary E. Glynn
> sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
> Valerie Smith on behalf of Interested Party Courtesy NEF
> claims@recoverycorp.com
> United States Trustee (LA)
> ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _3/18/2020_  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court

Attn: Honorable Sandra R. Klein Chambers

255 E. Temple Street, Suite 1582

Los Angeles, CA 90017

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _3/18/2020_ | Sevan Gorginian | /s/ Sevan Gorginian |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

ALL CREDITORS (SECURED / PRIORITY / UNSECURED) VIA USPS

American Capital Enterprises
Attn: Bankrputcy
PO Box 893580
Temecula, CA 92589

Cashcall Inc.
Attn: Bankruptcy Dept.
PO Box 66007
Anaheim, CA 92816

Chase Card Services
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850

Comenity Capital Bank (BK  Dept)
P.O. Box 182125
Columbus, OH 43218

Contintenal Currency Services Inc.
Attn: Cathy or Agent of Service
1108 E. 17th Street
Santa Ana, CA 92701

Department Store National Bank
PO BOX 8218
Mason, OH 45040

Discover Bank
Attn: Bankrputcy Dept.
PO Box 15316
Wilmington, DE 19850

Discover Bank
PO Box 3025
New Albany, OH 43054

Equifax
P.O. Box 740256

Atlanta, GA 30374


Experian
P.O. Box 4500
Allen, TX 75013


First Entertainment Credit Union
Attn : Mercy Andrade or Agent of Service
6735 Forest Lawn Drive
Los Angeles, CA 90068


First Entertainment Credit Union
Attn: Legal Dept.
6735 Forest Lawn Dr.
Los Angeles, CA 90068


First Entertainment Credit Union
PO Box 100
Los Angeles, CA 90078


Franchise Tax Board
Bankruptcy Section MS A—340
P.O. Box 2952
Sacramento, CA 95812


Franklin Collection Services Inc.
Attn: Bankruptcy or Legal Dept.
PO Box 3910
Tupelo, MS 38803


Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037

Freedom Mortgage Corporation
Attn: Bankruptcy or Legal Dept.
907 Pleasant Valley Avenue Suite 3
Mount Laurel, NJ 08054


Gabriella Perolli
20651 Roscoe Blvd. Unit # B
Winnetka, CA 91306

Hunt & Henriques
Attn: Bankruptcy Legal Dept.
151 Bernal Rd. Suite 8
San Jose, CA 95119


I.R.S.
P.O. Box 7346
Philadelphia, PA 19101


Integrated Lender Services
Attn: Legal Department
2461 W. La Palma Avenue Suite 120
Alhambra, CA 91801


Integrated Lender Services
PO Box 23159
San Diego, CA 92193


Jennifer E. Smith
Buchalter Nemer
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017


Keswick Financial Group
1800 Studebaker Road Suite 600
Cerritos, CA 90703


Kinetca Federal Credit Union
Attn: Legal Department
PO Box 10003
Manhattan Beach, CA 90266


Law Office of Harris & Zide
Attn: Bankruptcy Legal Dept.
1445 Huntington Dr. # 300
South Pasadena, CA 91030


Loan Care Servicing
Attn: Consumer Solutions Dept.
Virginia Beach, VA 23450

Midland Credit Management
P.O. Box 939069
San Diego, CA 92193


Midland Funding
2365 Northside Drive, Suite 300
San Diego, CA 92108


Navient
Attn: Bankruptcy Dept.
PO Box 9640
Wilkes Barre, PA 18773


Patenaude Felix APC
Attn: Bankruptcy Legal Dept.
4545 Murphy Canyon Rd. 3rd Floor
San Diego, CA 92123


Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates LLC
Dept. 922
PO Box 4115
Concord, CA 94524


Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502

Synchrony Bank (Bankruptcy Dept)
PO Box 965060
Orlando, FL 32896


Synchrony Bank (Bankruptcy Dept.)
Attn Bankruptcy Dept.
PO Box 965061
Orlando, FL 32896


T—Mobile USA Inc.
c/o American InfoSource
PO Box 248848
Oklahoma City, OK 73124


TransUnion
P.O. Box 2000
Chester, PA 19016


Trident Asset Management
Attn: Bankruptcy
PO Box 888424
Atlanta, GA 30356


Universal Recovery Corp.
2880 Sunrise Blvd. Suite 136
Rancho Cordova, CA 95742


Wells Fargo Home Mortgage
Attn: Bankruptcy Dept.
MAC # 2302—04E PO Box 10335
Des Moines, IA 50306


Wheels Financial Group
15400 Sherman Way Suite 170
Van Nuys, CA 91406


Wheels Financial Group (1800 LoanMart)
dba Loan Mart
PO Box 8075
Van Nuys, CA 91409